# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:                 )          No. B-09-80284   C-13D
Cleveland Fike          xxx-xx-3810   )
Ernestine M. Fike      xxx-xx-2638   )
                                                  )
     Debtors                               )

## **ORDER**

       This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to provide for the claim in favor of the IRS, and there being no filed objection to the Motion within the time period set forth in the Notice issued on May 27, 2010, by the Clerk of Court setting June 27, 2010, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

       ORDERED that the IRS is allowed an administrative priority claim in the amount of $5,287.63 which shall be paid pro-rata with other unsecured priority claims, and the Debtors' plan is modified to provide for an increase in plan payments of $107.00 per month for a total plan payment of $1,757.00 effective upon entry of this Order.

# PARTIES IN INTEREST
Page 1 of 1
**09-80284 C-13D**

Cleveland Fike
Ernestine M. Fike
2821 S. Roxboro St.
Durham, NC  27707

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Internal Revenue Service
Special Procedures Function
320 Federal Place, Room 411
Greensboro, NC 27401

U S Attorney
PO Box 1858
Greensboro, NC 27402