UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**CLEVELAND FIKE**            CASE NO. 09-80284- -
                              CHAPTER 7

Social Security No.: ***Social Sec No of Debtor***
Address: 2821 S. Roxboro Street , Durham, NC 27707-

**Debtor**

## OPPOSITION TO MOTION FOR RELIEF

The Debtor, by and through the attorney undersigned, hereby oppose the motion for relief from automatic stay filed by AMERICA'S SERVICING COMPANY (hereinafter the "creditor"), and dated 8/12/11, in its entirety

**Other Issues Raised In The Creditor's Motion:**

The debtor requests a hearing on this matter.

**WHEREFORE**, the Debtor prays that the Court deny the creditor's motion, set this matter for hearing, and provide such other relief as to the Court seems just and proper

Dated: August 25, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ John T. Orcutt

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

**CERTIFICATE OF SERVICE**

I, Christie Gay, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on August 25, 2011, I served copies of the foregoing **OPPOSITION TO MOTION FOR RELIEF** , by automatic **electronic noticing** upon the following parties:

John T. Northen
Chapter 7 Trustee
PO BOX 2208
Chapel Hill, NC 27515-2208

Sarah D. Miranda
Attorney for America's Servicing Company

by **regular U.S. mail**, upon the following parties:

CLEVELAND FIKE
2821 S. Roxboro Street
Durham, NC 27707-

s/ Christie Gay

Christie Gay

oppose.wpt (rev. 9/4/07)